UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY L BRADFORD,

Plaintiff,

v.

OFFICER MOLINA (#334), et al.,

Defendants.

Case No. 26-cv-07121-AGT

**ORDER ON MOTION FOR ASSISTANCE WITH SERVICE**

Re: Dkt. No. 10

On July 14, 2026, the Court granted Plaintiff's *in forma pauperis* application and directed the U.S. Marshals Service (USMS) to serve Defendants with process. Dkt. 4. On July 24, 2026, USMS attempted to serve Defendants Molina and Palmer at the address Plaintiff had provided: National Park Service, San Francisco Maritime National Historic Park, 499 Jefferson St., San Francisco, CA, 94109. Dkt. 8-1, -2. Service was unsuccessful. A Supervisory Park Ranger explained that Officers Molina and Palmer are not National Park Service Rangers but might be U.S. Park policemen. *Id.*

On July 30, 2026, Plaintiff filed a motion for assistance with service. He requests an order that would require "the appropriate federal agency or agencies to identify the employing agency of Officer Molina (#334) and Officer Palmer (#930)" and that would "[d]irect the appropriate agency to provide each officer's last known service address." Dkt. 10.

The Court denies Plaintiff's motion. Although a plaintiff proceeding *in forma pauperis* may rely on USMS for service, the plaintiff must "provide the marshal with sufficient

information to serve" the defendant. *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472, 483–84 (1995). Identifying the defendant's address is the plaintiff's responsibility, not the Court's. *See Sullivan v. Wold*, 2022 WL 17091914, at *1 n.1 (D. Mont. Nov. 21, 2022) ("When a plaintiff proceeding *in forma pauperis* fails to provide the Court with accurate and sufficient information to effect service of the summons and complaint, the Court may *sua sponte* dismiss the unserved defendant.") (first emphasis added).

By September 8, 2026, Plaintiff must identify one or more addresses at which USMS can serve Defendants Molina and Palmer with process. If Plaintiff doesn't do so, the Court may dismiss the case without prejudice.

**IT IS SO ORDERED.**

Dated: August 10, 2026

Alex G. Tse
United States Magistrate Judge